**Motion Granted and Order filed January 12, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-16-01002-CV
_____

**PIUS OKAFOR, JOHN OKAFOR, JENNY OGADI, NELSON ILODIGWE, SYLVESTER ARUBALEZE AND ANAMBRA STATE COMMUNITY IN HOUSTON, Appellants**

**V.**

**ANAMBRA STATE COMMUNITY, HOUSTON, Appellee**

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2010-76740**

---

## ORDER

This is an appeal from a judgment signed October 26, 2016. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-12-00562-CV. Appellants filed a motion to transfer this appeal to the Court of Appeals for the First District of Texas. The motion is GRANTED.

It is ORDERED that the appeal docketed under this court's appellate cause

number 14-16-01002-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in this case, and certify all Orders made, to the Court of Appeals for the First District of Texas.


PER CURIAM